IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal No. 10-MJ-00111-DLW

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**1. MIGUEL ANGEL GUTIERREZ-SURIANO,**

Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Due to a scheduling conflict for the Interpreter,

**IT IS HEREBY ORDERED** that the Arraignment and Discovery Conference Hearing previously scheduled for April 20, 2010 at 3:00 p.m. is **VACATED**.

**IT IS HEREBY ORDERED** that the Arraignment and Discovery Conference Hearing is **RESCHEDULED** for April 21, 2010 at 8:30 a.m.

**DATED: April 19, 2010**

                                        **BY THE COURT:**


                                        **s/David L. West**
                                        **United States Magistrate Judge**